AO91 (Rev. 5/85) Criminal Complaint

# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

JUVENAL GODINES SANDOVAL

**CRIMINAL COMPLAINT**

CASE NUMBER: Mag 99-316-M-LRL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 11/15/97 in Clark county, in the _____ District of Nevada defendant(s), did:

willfully, unlawfully, knowingly, and with the intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada to Mexico and other areas not currently known, after committing the crime of Murder With a Deadly Weapon (2 counts), a felony under the laws of the State of Nevada, Nevada Revised Statutes (NRS) 200.010, 200.030, and 193.165.

in violation of Title 18 United States Code, Section(s) 1073

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

On 11/21/97, a Clark County, Nevada, Justice Court Arrest Warrant (97F16810X) was issued for the Defendant - Juvenal Godines Sandoval - charging him with 2 counts of Murder With A Deadly Weapon.

The warrant was issued based on a Clark County, Nevada, Justice Court Criminal Complaint, dated 11/20/97, which accuses the Defendant of committing murder with the use of a firearm, victims being Gilberto Miramontes and Elena Aldamo, during a fight at the Keg Room Bar, 2365 East Bonnza Avenue, Las Vegas, Nevada. Defendant was subsequently identified by witnesses and fingerprints from the scene. Interviews conducted by Detective J. Mike Franks, Las Vegas Metropolitan Police Department (LVMPD) of nieghbors and associates determined that Defendant had fled the State of Nevada possibly to family in Guadalajara, Jalisco area of Mexico

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

By _____

Date 11/24/99

CASTLE K. NISHIMOTO
Special Agent, FBI
Las Vegas, Nevada

at Las Vegas, Nevada
City and State

_Signature of Judicial Officer_

Name & Title of Judicial Officer